**Order entered May 5, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00055-CV

## IN THE INTEREST OF S.B. & S.B., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-12-1096-X**

## ORDER

Before the Court is appellant's May 1, 2020 motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed **no later than May 26, 2020**. Because this is an accelerated appeal in a parental termination case and was filed January 9, 2020, *we caution that further extensions will not be granted absent exigent circumstances*.

                    /s/    KEN MOLBERG
                           JUSTICE